CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 01 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| HABAKKUK E. BEN YOWEL,<br>Plaintiff, | Civil Action No. 7:10-cv-00040 |
| v. | **MEMORANDUM OPINION** |
| VA DEPT. OF CORRECTIONS, et al.,<br>Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

Plaintiff Habakkuk E. Ben Yowel, a Virginia inmate proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 with jurisdiction vested in 28 U.S.C. § 1343, seeking a temporary restraining order. Plaintiff did not submit payment for the $350 filing fee with his complaint. See 28 U.S.C. § 1914(a). Plaintiff had at least three non-habeas civil complaints or appeals previously dismissed as frivolous or for failing to state a claim upon which relief may be granted. See, e.g., Yowel v. Johnson, No. 2:04-cv-00147 (E.D. Va. April 23, 2004) (dismissed as frivolous pursuant to Prisoner Litigation Reform Act); Robinson v. Gilmore, No. 99-6663, 1999 U.S. App. LEXIS 29642 (4th Cir. Nov. 10, 1999) (finding the appeal frivolous); Robinson v. Gilmore, No. 2:99-cv-00534 (E.D. Va. May 4, 1999) (dismissed as frivolous pursuant to Prisoner Litigation Reform Act); Robinson v. Commonwealth, No. 7:96-cv-00212 (W.D. Va. Mar. 1, 1996) (dismissing under 28 U.S.C. § 1915(d) (1996)), aff'd, No. 96-6387, 1996 U.S. App. LEXIS 19210 (4th Cir. Aug. 5, 1996).[1]

In accordance with the three-strikes provision of 28 U.S.C. § 1915(g), a plaintiff with three strikes must either pay $350.00 filing fee when filing the complaint or establish an imminent threat of serious physical harm to proceed with a civil suit. After reviewing plaintiff's

---

[1] Plaintiff proceeded under the same inmate number, #145224, but with different names in his proceedings at the United States District Courts for the Eastern District and the Western District of Virginia and the Court of Appeals for the Fourth Circuit. These dockets reflect that plaintiff is also known as Bartholomew Robinson.

submissions in this civil action, it is clear that plaintiff does not allege any facts indicating that he is currently under any imminent threat of any serious physical injury within the meaning of 28 U.S.C. § 1915(g). Based on the foregoing and the complaint, the court finds that plaintiff has failed to demonstrate any imminent danger of serious physical harm and plaintiff has not paid the $350.00 filing fee. Accordingly, the court denies plaintiff leave to proceed in forma pauperis and dismisses the complaint without prejudice for failure to pay the filing fee at the time of filing the complaint. See, e.g., Dupree v. Palmer, 284 F.3d 1234, 1237 (11th Cir. 2002) (reasoning that the filing fee is due upon filing a civil action when in foma pauperis provisions do not apply to plaintiff and that the court is not required to permit plaintiff an opportunity to pay the filing fee after denying leave to proceed in forma pauperis). A separate order will issue this day.

The Clerk is directed to send copies of this memorandum opinion and the accompanying order to the plaintiff.

ENTER: This \_\_\_\_ day of February, 2010.

_____
Senior United States District Judge