CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 1 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| HABAKKUK E. BEN YOWEL, | ) | Civil Action No. 7:10-cv-00040 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VA DEPT. OF CORRECTIONS, <u>et al.</u>, | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g);

plaintiff's motion for a temporary restraining order is **DENIED as moot**; and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

**ENTER**: This ____/____ day of February, 2010.

_____
Senior United States District Judge